PHILIP R. SELLINGER
United States Attorney
JOHN STINSON
Assistant U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
Tel. 856-757-5139
e-mail: John.Stinson@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHAEL A. DiLAURO
Senior Admiralty Counsel
Aviation, Space & Admiralty Litig.
Torts Branch, Civil Division
U.S. Department of Justice
(overnight courier)
175 N St., N.E., Ste. 11.214
Washington, D.C. 20002
(mailing)
P.O. Box 14271
Washington D.C. 20044-4271
Telephone: (202) 616-4047
Facsimile: (202) 616-4159
Email: michael.dilauro@usdoj.gov
*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELSIE E. DOMINGUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Hon. Georgette Castner, U.S.D.J.<br><br>Civil Action No. 23-CV-22724 (GC)(JBD)<br><br>**NOTICE OF MOTION TO STAY OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**<br><br>L. Civ. R. 78.1(a) motion date: March 4, 2024 |

To: David Tracey, Esq.
Andrew Macurdy, Esq.
Carolin Guentert, Esq.
SANFORD HEISLER SHARP, LLP
17 State Street, Suite 3700
New York, NY 10004
*Counsel for Plaintiffs*

PLEASE TAKE NOTICE, that on Monday, March 4, 2024, counsel for defendant the United States of America will apply to this Court for an Order staying

or transferring this case. In support, the United States will rely on Plaintiff's Complaint, a Memorandum of Law, and Exhibits A-F thereto. The United States also submits a proposed form of order with this notice.

Pursuant to the Clerk of Court's motion schedule, established under Local Civil Rule 78.1(a), Plaintiff's deadline to respond to this motion is February 20, 2024, and the United States shall file a reply brief, if any, on or before February 26, 2024.

Dated: February 13, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PHILIP R. SELLINGER
United States Attorney
JOHN STINSON
Assistant U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
Tel. 856-757-5139
E-mail: John.Stinson@usdoj.gov

*/s/Michael A. DiLauro*
MICHAEL A. DiLAURO
Senior Admiralty Counsel
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
(overnight courier)
175 N St., N.E., Ste. 11.214
Washington, D.C. 20002
(mailing)
P.O. Box 14271
Washington D.C. 20044-4271
Telephone: (202) 616-4047/4060
Facsimile: (202) 616-4159
E-mail: michael.dilauro@usdoj.gov
*Counsel for Defendant United States*