MARITIME LEGAL SOLUTIONS

276 Fifth Ave., Suite 704
New York, NY 10001
JusticeForMariners.com
Help@JusticeForMariners.com

**June 16, 2023**

**VIA EMAIL** (admiralty@navy.mil)
Office of the Judge Advocate General
Attn: Admiralty Branch (Code 15)

**VIA EMAIL** (mark.j.kallenbach.civ@us.navy.mil)
Office of Counsel, Military Sealift Command
c/o Mark Kallenbach, Esq.
Supervisory Associate Counsel General Law

**RE: Administrative Presentation of Injury Claim and Demand**

Mr. Kallenbach and Counsel for the U.S. Navy,

I represent Ms. Elsie Dominguez, a civilian mariner employed by the U.S. Navy's Military Sealift Command.

In the early morning of December 19, 2021, while serving as the 1st Assistant Engineer aboard the *USNS Carson City*, Ms. Dominguez was raped by Captain Yamil Sanchez, the Master of the *Carson City*. This heinous crime has had a tremendously negative impact on her life, but she has decided to come forward in a courageous effort to prevent this from happening to other female seafarers employed by Military Sealift Command.

This Letter serves as my client's demand to resolve her claims against the United States as permitted by the Public Vessels Act, Suits in Admiralty Act, if applicable, Federal Tort Claims Act, if applicable, Extension of Admiralty Act of 1948, if applicable, and all other applicable and potentially applicable laws. This demand is being submitted to both of your offices pursuant to 32 CFR § 752.2 (g).

With this Letter, we are also putting the United States on notice of our intent to file suit against co-defendant Captain Yamil Sanchez, an employee and agent of the United States Navy's Military Sealift Command, should we fail to resolve my client's claims pre-litigation.

Upon an agreement being reached between the Admiralty and Maritime Law Division and Office of Counsel, Military Sealift Command as to which office will primarily handle this claim, I request to be promptly notified as to whom I should direct future communications.

Attached to this Letter you will find a statement written and signed by my client that should provide you with enough information to begin investigating this claim. Her statement has also

U.S. Exhibit A

been provided to the Naval Criminal Investigative Service (NCIS) and the U.S. Coast Guard Investigative Service (CGIS).

We will not be pursuing a claim for Federal Worker's Compensation in this case, because this remedy is not designed to address the injuries caused by being brutally raped in your own bed, in your workplace, by the Master of a United States Navy Ship, and it cannot address the resulting injuries.

In our pursuit of justice, we also hereby notify you of our intention to challenge the decision reached in *Johansen v. United States*, 343 U.S. 427 (1952), and our intention to seek the legal support of groups who are concerned with addressing the plague of sexual assault within the U.S. military in our efforts to overturn *Johansen*. The 6-3 decision reached in *Johansen* is more than 70 years old and is ripe for reconsideration, particularly with regards to injuries caused by shipboard sexual assault—an issue which was not addressed in *Johansen*. We are prepared to litigate this case for years, in the public eye, in my client's name, if necessary.

A non-exhaustive list of claims we will bring against MSC, the Navy, and Captain Sanchez include claims of unseaworthiness, negligence, negligent supervision, Jones Act liability, FELA liability, claims under the General Maritime Law, maintenance and cure, claims for emotional damages, sexual assault, sexual battery, sexual harassment, claims for economic damages, and others to be determined upon further investigation.

Demand is made to the United States in the following amount: **$25,000,000**

The U.S. Navy, Military Sealift Command, NCIS, and their agents or employees, should not directly contact my client regarding these claims and allegations. All communications to my client regarding this matter should be directed through me.

I look forward to hearing from the United States and to resolving Ms. Dominguez's claim.

Sincerely,

J. Ryan Melogy, Esq.
Maritime Legal Solutions, PLLC

**Attachment**: Statement of Ms. Elsie Dominguez

**Sworn Statement Regarding Being Raped Aboard the USNS Carson City**

**From:**
Elsie E. Dominguez
524 Sumner St.
Kissimmee, FL 34741

To Whom It May Concern:

My name is Elsie E. Dominguez, a graduate of United States Merchant Marine Academy at Kings Point, NY. I am currently sailing as 1st Assistant Engineer with the United States Navy's Military Sealift Command (MSC). Additionally, I am a reservist in the United States Navy with the rank of Lieutenant.

I am writing this statement to include a brief history leading up to the horrific event that occurred on December 18-19, 2021, onboard the Military Sealift Command vessel *USNS Carson City* (JHSV-7/T-EPF-7*),* while docked in Brindisi, Italy.

On November 14, 2014, as a 3rd Assistant Engineer, I was assigned to my first MSC assignment aboard the *USNS Spearhead (JHSV-1/T-EPF-1)*. Here I met 2nd Mate Yamil Sanchez.

Aboard the *Spearhead* our relationship was cordial and professional. I remember that on one occasion when the ship was docked in Little Creek/Virginia Beach, Virginia, Mr. Sanchez, and I went ashore together with bicycles that we each kept aboard the ship. During the trip we at one point rode our bikes to the beach. We sat for approximately 15-20 minutes, and then rode back to the ship.

On another occasion while the *Spearhead* was docked in Little Creek, Mr. Sanchez and I went ashore to a restaurant in Little Creek for either lunch or dinner. I recall it being a Hispanic or Latin American-style restaurant that Mr. Sanchez recommended. Regarding my tenure aboard *Spearhead* from 2014 until the time that I signed off on 18 August 2015 in Little Creek, these are the only two interactions with Mr. Sanchez that stand out in my mind. During this time aboard I did not have any romantic or sexual interactions of any kind with Mr. Sanchez.

After departing the *Spearhead*, I did not communicate with Mr. Sanchez for more than 3 years. In December of 2018, Mr. Sanchez sent me an unsolicited message on Facebook, in which he told me that he had met my sister aboard another MSC vessel while she was completing an assignment as an active-duty Navy Reservist. Mr. Sanchez and I then had a short text conversation on Facebook about the fact that he was sailing with my sister.

In March of 2020 I reached out to Mr. Sanchez via Facebook messenger regarding a professional work inquiry, and he told me he would forward me any relevant information.

On October 15, 2021, now sailing as 1st Assistant Engineer for MSC, I joined the *USNS Carson City* in Malaga, Spain. Upon my arrival I learned that Mr. Sanchez was serving onboard as the


Doc ID: 7f829ee114473ef9dfc13d7e7609356c54e2da7a

Master. I clearly recall during our first conversation, where Captain Sanchez stated that he was proud of me for becoming a 1st Assistant Engineer and that he wished me success.

One night while at sea, during my first month aboard the *Carson City,* Captain Sanchez invited me to his stateroom to watch a movie. That night we had consensual sex in his stateroom. I do not recall the exact date. Part of our discussion included him telling me that he trusted me and could confide in me. He also told me he had no one else on the ship to talk to or hang out with, and told me that he needed me to be that person for him. He told me how much he appreciated our "friendship" and told me that he never wanted to lose that. The sex that night was demeaning and an unpleasant experience. I was in shock and did not speak up or ask Captain Sanchez to stop while it was happening. As soon as it was over, Captain Sanchez then proceeded to ask me if I wanted to cuddle with him and sleep in his room that night.

My response was an emphatic "No." Before leaving, I told Captain Sanchez that I did not enjoy the encounter and did not wish to see him for any sexual engagement moving forward. I then proceeded to get dressed and returned to my own stateroom alone.

The sexual interactions I had with Captain Sanchez that night in his stateroom were the only consensual sexual interactions I have ever had with him.

Following the night we had consensual sex in his bedroom, Captain Sanchez frequently invited me to return to his stateroom to "hang out" with him. It was clear to me that he wanted an ongoing sexual relationship with me. However, I always declined these invitations and felt that I had made it clear that I was uncomfortable with our only sexual interaction and had no desire to ever have a sexual or intimate encounter with him again.

However, when I continued to decline his invitations to "hang out" with him, he began using the ship's dog in a very manipulative manner in order to coerce me into spending time with him. He essentially forced me to spend time with him in order to be able to spend time with the dog, for which he knew I held a strong attachment.

On 18 December 2021, the *Carson City* was docked in Brindisi, Italy. After work around 7 PM Daniel Zelenka (*Carson City* Chief Engineer) and I went ashore to a bar named "*Spillo - The Right Beer*," located at Piazzetta Giustino Durano, 5, Brindisi BR, Italy 72100. The Chief had a personal driver in Brindisi, and his driver brought us from the ship to the bar.

Upon our arrival, Chief Zelenka and I were the only crew members present. We each ordered a beer (which was not my normal drink). However, because the establishment specialized in beer and by the Chief's recommendation, I ordered a beer that was served in an oversized glass, (approximately one liter of beer). I began consuming the beer by slowly sipping it as we spoke. After a short period, Ben Wong (*Carson City* First Officer), and Captain Sanchez arrived at the bar and joined us.

At some point, someone ordered a round of shots for the group. I remember the bartender handing out the shots to each of us, and I remember taking one shot of liquor. I did not order the shot and do not remember what kind of liquor the shot contained. This was my last recollection of the events that occurred ashore on the evening of 18 December 2021. I do not have any memory of returning to the *Carson City* that night.

The next crystal clear memory I have is Captain Sanchez penetrating my vagina with his penis while pinning my arms down to a bed. I have many blurry memories of the non-consensual sex, during which I went in and out of consciousness. Then I have another crystal clear memory of being held up by my arms while Captain Sanchez penetrated me from below. I also have a clear memory of losing control of my urine while Sanchez was holding me on top of him by my arms, and a clear memory of urinating on Captain Sanchez and on the bed. At this time, I was unable to control my body or its movements. I remember that in response to me urinating on him, Captain Sanchez began moaning in a very sexual manner and repeatedly saying that I had "cum all over him" that I had "fucked the shit out of him" and that I was the "love of his life".

He eventually finished his actions, and forcefully pushed me off him towards the bulkhead. My body hit the bulkhead forcefully, and I collapsed between the bulkhead and Captain Sanchez. I was face down. He then moved his body mostly on top of mine and laid on top of me until he fell asleep. I was continuing to go in and out of consciousness. I then fell completely asleep for an unknown period of time. When I woke up again, Sanchez was asleep and still laying on top of me. I began to struggle to push him off my body and was eventually able to push him off me. He then fell off the bed and onto floor.

Until that point in time, I did not know where I was. But after Sanchez was on the floor, I looked around and realized that I was in my own room on the ship. I then remember that I began to angrily yell at him and asked him "what the fuck are you doing in my room?" As he stood at the side of my bed he acted confused as to why I was upset, and he repeated several times variations of, "amor de mi vida, que te pasa? Por que me tratas asi. Amor calmate". ["love of my life, what's happening? Why are you treating me like this. Calm down, my love"].

I was in complete shock and was completely perplexed and confused. I then watched as Sanchez reached around for his clothes in the darkened room and watched as he got dressed. Everything seemed like it was still happening in slow motion and almost like I was in a dream. Captain Sanchez then he began to yell and shout at me. He called me a "slut" and a "weak person." I remember he yelled these things at me several times, and said these angry, nasty things to me even as he was leaving my room. He continued to repeat, "eres una persona debil, eres una puta" ["you are a weak person, you are a slut"].

While he was in the passageway and my door was still slowly closing, I could hear him yelling at me, and I remember immediately wondering what time it was and becoming worried that other crew members would have heard him leaving my room and yelling these curses at me.

Once he left my room, I immediately sat up in my bed and began searching for my phone to find out what time it was, but I could not find my phone. I stood up and felt dizzy and disoriented. My head was throbbing, and I felt extremely thirsty. I turned on the lights but still could not find my phone and had no idea where it was. I then went into my shower and began cleaning myself, drinking water and trying to awaken my senses. In the shower, I tried to force myself to remember the details of the night, but I couldn't remember anything after taking a shot at the bar and then waking up to Captain Sanchez having sex with me. Everything else was completely blank.

After I got out of the shower I began to get dressed, but I couldn't find my jacket, cell phone or wallet, and still I had no idea what time it was. Once I was dressed and had gathered my thoughts, I went to the bridge to find out what time it was, because that was the closest clock to my room that I could think of. When I arrived on the bridge there was no one there. The clock on the bridge showed that it was a few minutes before 6AM, and I remember thinking that I still had a long time before morning muster.

There was hot coffee on the bridge. I poured myself a cup of coffee and then went back to my room. I sat at my desk in my office drinking the coffee and staring at my bed. As I stared at my bed, I noticed Captain Sanchez's plastic Nalgene water bottle lying on the floor next to my bed. I also saw the Captain's underwear his black sweatpants, and I saw a jacket that I did not recognize.

Muster was at 8AM. Around 7:30 AM I was fully dressed for the workday, and I shoved all the items that did not belong to me behind my door, and then I opened the door to my office to 90 degrees, which is part of my normal morning routine. Before I left my office to go to muster, Chief Mate Benjamin Wong came by my room and stood at the door.

Wong asked me if I was okay, and he seemed concerned. I replied, "yes, why wouldn't I be?"

Wong then told me the night before he noticed that I began acting very strangely at the restaurant and he became concerned about me. I said something like, "what restaurant?" because I had no memory of being at a restaurant the night before.

Wong didn't seem to believe me at first, and thought I was joking about having no memory of being at a restaurant. Wong told me that I had vomited at the table in the restaurant before the food had even arrived, and that when he saw me vomit on myself, he decided to bring me back to the ship. He told me that he called a driver and that he brought me back to the ship by himself.

I had no memory of any of this and was mortified to hear Wong tell me these things. I again told him I had no memory of coming back to the ship. I then asked him if he saw me all the way back to my room. Wong told me that in the car on the way back to the ship, he called the mate on watch and asked him to meet him on the pier at the bottom of the gangway, because Wong thought he would need another person to help bring me safely up the gangway.

Wong told me that he and the Mate on Watch (Navigator Charles "Chuck" Jenkins) had both carried me up the gangway and to my stateroom. Wong said that he and Chuck had put me in my bed, left me alone in my stateroom, and closed the door.

After mustering at 8AM, I saw Navigator Chuck Jenkins. Jenkins jokingly said to me something to the effect of, "it seems like you had a wild night last night."

I told Chuck I had zero recollection of the night and asked him to explain what he witnessed. Jenkins then told me he had helped Wong carry me up the gangway. Jenkins told me that I was in a helpless state, unable to walk on my own, unable to speak, and seemingly unconscious. Jenkins also said that if he had not been there to assist me back to my room, I would have face-planted on the "mission bay" deck of the vessel.

Jenkins told me the same story Wong told me, which is that they had both carried me into my room, put me in my bed, then closed the door to my room and left me alone in my room.

Sometime later in the same morning, I walked into Chief Zelenka's office and started asking him questions about the night before. I told Chief Zelenka that I knew I had been drugged the night before, and I told him I wanted to go into town and have a drug test done to see if I had been slipped a date rape drug at the bar. I told Chief Zelenka that I could not remember anything from the night before, that I only remembered drinking one shot and less than one beer, and that I felt horrible, dizzy, thirsty and disoriented.

Chief Zelenka told me that it would be a waste of my time and efforts to get a drug test, because he assured me that date rape drugs were not traceable within a few hours after ingestion. Chief Zelenka also told me that he had been drugged twice before in his lifetime, and he knew that I would be okay after some rest and hydration. I found Zelenka's comments and attitude to be very odd, but I felt that without my boss's support I did not have any other viable option other than to agree to shrug it off. Going to Captain Sanchez, who had raped me that night, and asking him for permission to take time off from work to get a drug test in town did not seem like an option for me at that point.

At lunch time, I tried to lay down on my bed and realized my bed was wet. That's when I began having flashbacks of Captain Sanchez holding me over his body as he thrusted his penis into me from below. I remembered tears running down my face as he moaned and said I had busted all over him. He described my urine as being "[your] wet juices all over my dick." I was furious and confused, with these flashbacks. I remembered him tossing me off of him when he had enough of me and I remembered collapsing lifeless, unable to speak or move. I leaned in to smell the wet spot on my mattress and confirmed it was urine. I then pulled out the shirt I had on that night and it was disgusting, completely covered in my own vomit.

At this point I was furious. I went to the Captain's office and closed the door. I confronted Captain Sanchez and told him point blank that he had raped me. I also accused him of drugging me. He then got angry and yelled "what you don't remember the sex?" and I flipped out at how absurd that statement was and started crying. I said, "of course not! I was drugged and didn't want to have sex with you, why would you have sex with someone who is unconscious, with vomit all over my clothes - you raped me!"

He said that it was not probable that he had raped me, because he claimed that he had also been drugged. He started crying and repeatedly saying it was not possible that he had raped me, that he would never hurt me like that. He claimed that he remembered everything, and he claimed we "made love" that night but that he could not control his actions because he was drugged. Captain Sanchez kept repeating that he had an "out of body experience" and that he did not remember leaving the bar either. He also told me that he remembered being hit by a car while trying to walk back to the ship.

When I told him that I wanted a drug test onboard, he told me that it would be a red flag to get drug tested at work and that I would probably get pulled off the ship, and that he as the Master of the vessel would need to report that a crew member was requesting a drug test and drug use is prohibited by the USCG. In fear of losing my federal job, I did not take the drug test

onboard. Captain Sanchez told me that all our drug tests are sent into a specific contracted lab and the test would be required to be sent in as an MSC sample, not just a drug test in my own name. He told me that I have a federal job and that I would be removed from the vessel if I submitted a voluntary drug test.

I remember I was so angry that I kept yelling at him and saying that he was trying to tear me down and take my power as a female in the maritime industry. This was my first chance sailing as First Engineer. Sex isn't about sex, I told him "You're trying to ruin me." I felt that this was a deliberate act to attempt to derail my career and weaken my professional standing.

The next day was December 20, 2021. I texted Captain Sanchez via WhatsApp and told him that his pants, underwear, and water bottle were still in my room, and that I would be out of my room from 10AM to 11AM if we wanted to come by and retrieve his items.

He responded on WhatsApp with the following message on December 20, 2021 [translated from Spanish]: "*I am so embarrassed by what I did to you that I do not even have the strength to see you face to face. On the other hand, I do not want to leave without saying goodbye. I hope that someday you can forgive me. You have a very special place in my heart and I appreciate you very much. Perhaps more than I should. I wish you the best*."

To me, that was a clear admission that he had raped me.

In days immediately following the rape, Sanchez and I had several in-depth conversations about the rape, and during these highly emotional conversations he told me that I should report him for raping me. But after telling me to report him for the rape, he would always begin crying and tell me that when I reported him, he would lose his family and his career as a result. This caused me tremendous additional pain and confusion about what to do.

A few days after he raped me, Captain Sanchez departed the vessel on routine leave and returned home for the holidays. I stayed on the ship.

A few months later, Captain Sanchez returned from leave and resumed his duties as master of the *USNS Carson City*. Upon returning to the ship, he gifted me a red French-style beret hat. He told me he had visited Paris with his wife to try and reconcile his marriage, because he disclosed to his wife that he had raped me on the ship, and she responded by requesting a divorce.

His return to the vessel was highly distressing to me. I was still struggling with how to process the rape, struggling to see and interact with my rapist every day on a professional level in a confined space, and struggling with whether or not, and how, I should report what he had done to me.

Eventually, the *Carson City* went into a shipyard in Rijeka, Croatia. Captain Sanchez and I were both aboard the vessel in the shipyard. While in the shipyard, he would have anger spurts; during one of those moments, he told me that his wife was pregnant. He was crying and screaming, and said that he couldn't believe she was pregnant because he mentioned that he married her because she didn't want kids, and that he was done having kids, so he believed they had a common outlook on that.

In the shipyard, Captain Sanchez began to spiral downwards, partly because his wife distanced herself from him and wasn't speaking to him during the pregnancy. He began to drink heavily, at a higher frequency than his usual. At this time, he was having frequent anger fits towards me and other crew members. Crying loudly in his stateroom. Many of the Officers onboard would comment about the screams and the drunken nights they witnessed the Captain having. Onboard the ship, we had frequent discussions about the rape. These conversations would usually end with Captain Sanchez crying, which I found disturbing, given that I was the one who had been raped, not him. Somehow, he always seemed to manage to flip the conversation into a story about how I was going to ruin his life by reporting him to the authorities, and always seemed to turn himself into the victim.

At some point in 2022, as I was preparing to depart the ship on leave, Captain Sanchez promised me that he would give up his position as resident master on the *USNS Carson City*, so that I could return to the vessel without having to work with him. He also knew that I wanted to stay in the Expeditionary Platform Fast (EPF) fleet, and he additionally promised me that he would request to return to the "Big Fleet" and would no longer work on any EPF ships. The understanding was that if he did this, and stayed away from me, I would not report him for raping me.

However, in March of 2023 the *Carson City's* relief captain Susan Orsinsi, who was preparing to depart the vessel on leave, announced to the crew that the permanent master Yamil Sanchez would soon be returning to the vessel to replace her.

At that point I felt that Captain Sanchez had not only raped me, but he had lied to me, and felt no remorse for actions. I also felt that he must have enjoyed torturing me emotionally and psychologically. I knew that I could no longer endure seeing my rapist every day on the ship, and that's when I reached out to attorney Ryan Melogy to request help with reporting Sanchez to the authorities.

In late May or early June of 2023 I was serving as 1st Assistant Engineer aboard the *USNS Carson City* when Sanchez returned to the vessel in Croatia. Seeing him every day has been torture, and I am finally ready to formally report him to criminal investigators for raping me. I am also fully prepared to follow through with anything required of me to achieve justice in my case. The current situation of living and working with my rapist is absolutely unbearable, and I don't want any other woman to have to go through the things I have been through because of Captain Sanchez.

I declare that, to the best of my knowledge and belief, the information contained in this statement is true and complete. I also understand this statement is made for use as evidence in a criminal investigation and is subject to penalty for perjury.

Elsie E. Dominguez
Rijeka, Croatia
June 16, 2023



Doc ID: 7f829ee114473ef9dfc13d7e7609356c54e2da7a