**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELSIE E. DOMINGUEZ,<br>*Plaintiff*,<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant.* | Hon. Georgette Castner, U.S.D.J.<br><br>Civil Action No. 23-CV-22724 (GC)(JBD) |

[PROPOSED] **ORDER**

This matter having come before the Court on motion by the United States of America ("Defendant") to stay or transfer this matter; the Court having considered the record in the case and the submissions of the parties; and for good cause shown,

IT IS, this _____ day of ____________________________, 2024, ORDERED that the Defendant's motion hereby is GRANTED; and it is further

ORDERED that the claims against Defendant are STAYED to permit Plaintiff to file an administrative claim with the United States Department of Labor.

______________________________________
HON. GEORGETTE CASTNER, U.S.D.J.

At Trenton, New Jersey