Sanford Heisler Sharp, LLP

**Sanford Heisler Sharp, LLP**
17 State St., 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Andrew Macurdy,* Partner and Trial Practice Group Co-Chair
(646) 402-5644
amacurdy@sanfordheisler.com

New York | Washington, DC | San Francisco | Palo Alto | Baltimore | Nashville | San Diego

May 7, 2024

**VIA ECF**
Hon. Edward S. Kiel
United States District Court, District of New Jersey

**Re: *Elsie E. Dominguez v. United States* – Case No. 23-cv-22724-ESK-AMD**

Dear Judge Kiel:

The United States ("Defendant") filed its Motion to Stay, or, in the alternative, Motion to Transfer Venue in this case on February 13, 2024. Elsie E. Dominguez ("Plaintiff") filed her opposition to this motion on March 4, 2024, and Defendant filed its reply on March 11, 2024.

While this motion was initially scheduled for consideration by Judge Georgette Castner during the Court's motion day on March 18, 2024, the case was transferred to your docket on March 28, 2024.

Magistrate Judge Donio held a status conference on May 6, 2024. During the conference, Magistrate Judge Donio instructed counsel for Plaintiff that Plaintiff may request oral argument on Defendant's motion via letter to the Court. Accordingly, considering the unique legal issues and factual circumstances at issue in this case, Plaintiff requests the opportunity to present oral argument on the pending motion. Defendant does not oppose this request.

Sincerely,
/s/ Andrew Macurdy
Andrew Macurdy (NJ Bar # 185212016)

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, I electronically filed a Letter with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Andrew Macurdy
Andrew Macurdy