UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDINGS**
June 4, 2024

**JUDGE EDWARD S. KIEL, U.S.D.J.**

**COURT REPORTER:** Ann Marie Mitchell
**OTHER**:

**Crim. Docket #** 23-cv-22724 (ESK-AMD)

**TITLE OF CASE:**
ELSIE E. DOMINGUEZ,
Plaintiffs,

v.

UNITED STATES OF AMERICA,
Defendant.

**APPEARANCES:**
Shannon Harris, Esq., Christine Dunn, Esq., and Andrew Macurdy, Esq. for Plaintiff.
John Stinson, AUSA and James Whitman, AUSA for Defendant.

**NATURE OF PROCEEDINGS:** MOTION HEARING
Hearing on Government's [16] Motion to Stay or, in the Alternative, Motion to Transfer Venue
Decision read into record.
Ordered [16] Motion to Stay granted.
Order to be entered.

Time Commenced: 10:05a.m.
Time Adjourned: 10:35a.m.
Total Time: 30 min.

s/Lawrence MacStravic
DEPUTY CLERK