

**Sanford Heisler**
**Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Andrew Macurdy,* Partner and Trial Practice Group Co-Chair
(646) 402-5644
amacurdy@sanfordheisler.com           New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

May 23, 2025

**VIA ECF**
District Judge Edward S. Kiel
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re:   *Elsie E. Dominguez v. United States* – Case No. 1:23-cv-22724-ESK-AMD

Dear Judge Kiel:

We write to provide an update on the status of the case, pursuant to your Order issued on June 4, 2024 (Dkt. No. 29). Plaintiff Elsie Dominguez filed a Federal Employees Compensation Act claim with the Department of Labor on December 12, 2024. Ms. Dominguez filed supplemental materials with the Department of Labor in March 2025. The Department of Labor has also received materials from the employing agency, the Department of the Navy. The Department of Labor is now reviewing all the materials before making a final determination on Ms. Dominguez' claim.

Respectfully submitted,

*/s/ Andrew Macurdy*                                    */s/ James Whitman*

Andrew Macurdy                                           James Whitman
*Counsel for Plaintiff*                                  *Counsel for Defendant*