

**Sanford Heisler
Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Andrew Macurdy,* Partner and Trial Practice Group Co-Chair
(646) 402-5644
amacurdy@sanfordheisler.com        New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

August 10, 2026

**VIA ECF**

District Judge Edward S. Kiel
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

      Re:    *Elsie E. Dominguez v. United States* – Case No. 1:23-cv-22724-ESK-AMD

Dear Judge Kiel:

      We write to provide an update on the status of the case, pursuant to your Order issued on June 4, 2024 (Dkt. No. 29). The Office of Workers' Compensation Programs issued an acceptance of Ms. Dominguez's claim on March 11, 2026. This acceptance included a finding that Ms. Dominguez being assaulted at work constituted a work-related injury—a determination with which Ms. Dominguez firmly disagrees and which Ms. Dominguez believes does a significant disservice to service members like her.

      However, Ms. Dominguez has decided not to appeal this determination to the Employees' Compensation Appeals Board. Accordingly, this matter may be dismissed.

Respectfully submitted,

*/s/ Andrew Macurdy*                         */s/ James R. Whitman*

Andrew Macurdy                           James R. Whitman
*Counsel for Plaintiff*                    *Counsel for Defendant*